# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SHERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ORTIZ-DIAZ,<br><br>        Defendant. | Case No. 1:23-cv-00289-NODJ-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br><br>(ECF No. 22) |

    Plaintiff Stanley Sherman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Ortiz-Diaz for failure to protect in violation of the Eighth Amendment.

    Currently pending before the Court is Defendant's motion to dismiss, which is fully briefed. (ECF Nos. 11, 12, 18, 19.)

    On October 31, 2023, Plaintiff filed a motion for judicial notice of a response from the Office of Grievances Decision dated October 10, 2023. (ECF No. 22.) Plaintiff states that he wishes the Court take judicial notice of this evidence "so as to assist the court in making any decision that may concern the Magistrate's report and recommendation to the District Judge." (*Id.* at 1.)

    Defendant filed objections to Plaintiff's motion on November 3, 2023. (ECF No. 23.) Defendant contends that Plaintiff has not met his burden of demonstrating that the Office of

1

Grievances decision is a proper matter for judicial notice and Plaintiff has not and cannot explain the relevance of these documents or why they are helpful to the Court in adjudicating the pending motion to dismiss. (*Id.*)

Plaintiff did not file a reply, and the deadline to do so has expired. The motion for judicial notice is deemed submitted. Local Rule 230(l).

Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Civ. 201(b). The allegations, arguments, and exhibit contained in Plaintiff's request do not meet these requirements. Plaintiff has not explained the relevance of these documents to the pending motion to dismiss, nor are the conclusions Plaintiff wishes for the Court to draw from these documents appropriate for judicial notice.

Accordingly, Plaintiff's request for judicial notice, (ECF No. 22), is HEREBY DENIED. Defendant's pending motion to dismiss will be addressed in due course.

IT IS SO ORDERED.

Dated: __December 4, 2023__        /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE